# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 01/16/2014 |
| Case: 1−13−46161−ess | Form ID: 262 | Total: 24 |

**Recipients of Notice of Electronic Filing:**
tr      Debra Kramer       dkramer@kramerpllc.com;trustee@kramerpllc.com
aty     Olga Suslova       olga.osnyclaw@gmail.com

                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Galina Alkhazova       925 East 14th Street, Apt. 2H       Brooklyn, NY 11230
smg         NYS Department of Taxation &Finance       Bankruptcy Unit       PO Box 5300       Albany, NY 12205
smg         NYC Department of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs – Devora Cohn       Brooklyn, NY 11201
smg         NYS Unemployment Insurance       Attn: Insolvency Unit       Bldg. #12, Room 256       Albany, NY 12240
smg         Office of the United States Trustee       Eastern District of NY (Brooklyn Office)       U.S. Federal Office Building       201 Varick Street, Suite 1006       New York, NY 10014
8162245     Bk Of Amer       501 Bleecker St       Utica, NY 13501
8162246     Boro Park OB/GYN       pobox 9581       belfast
8162247     Bureau of Revenue Collect       200 Holiday Street       Baltimore, MD 21202
8162248     Commercial Acceptance       2 W. Main St       Shiremanstown, PA 17011
8162249     Crd Prt Asso       Attn: Bankruptcy       Po Box 802068       Dallas, TX 75380
8162250     IC System       Attn: Bankruptcy       444 Highway 96 East; Po Box 64378       St. Paul, MN 55164
8162251     Long Island University       Northern Blvd       Old Brookville, NY 11548
8162252     Midland Funding       8875 Aero Dr Ste 200       San Diego, CA 92123
8162253     Monterey County Bank       601 Munras Ave       Monterey, CA 93940
8162254     Nco Fin/99       Po Box 15636       Wilmington, DE 19850
8175128     Ocwen Loan Servicing LLC       c/o LEOPOLD &ASSOCIATES, PLLC       80 Business Park Drive, Suite 110       Armonk, New York 10504
8162255     Ocwen Loan Servicing, LLC       1661 Worthington Road       Suite 100       West Palm Beach, FL 33409
8162256     Sallie Mae       Attn: Claims Department       Po Box 9500       Wilkes−Barre, PA 18773
8162257     Trident Asset Manageme       5755 Northpoint Pkwy Ste       Alpharetta, GA 30022
8162258     Us Dept Of Ed/glelsi       Po Box 7860       Madison, WI 53707
8162259     Usdoe/glelsi       2401 International       Madison, WI 53704
8162260     Web Bank       8405 Sw Nimbus Ave       Beaverton, OR 97008

                                                                                                    TOTAL: 22